James C. SUNDAY v. STRATTON CORPORATION, No. 241-77

December 20, 1977. Motion for Reargument denied.

STATE of Vermont v. Bertha J. CHENEY, No. 22-77

December 21, 1977. The mandate of this Court having issued, and the matter having been certified back to the trial court on December 9, 1977, this Court is without jurisdiction to consider the Motion for Stay of the Mandate filed on December 12, 1977.

STATE of Vermont v. Kenneth F. JOHNSON, No. 282-77

December 21, 1977. Appeal dismissed. V.R.A.P. 10(b)(1).

CHITTENDEN TRUST COMPANY v. Rupert J. BLAIR, et al., No. 274-77

December 21, 1977. Appeal dismissed. V.R.A.P. 10(b)(1).

STATE of Vermont v. Larry M. BYRNE, No. 243-77

December 21, 1977. Appeal dismissed. V.R.A.P. 10(b)(1).

Sidney M. LOWRY v. Ross & Natalie BEATON, No. 227-77

December 21, 1977. Appeal dismissed. V.R.A.P. 10(b)(1).

IN RE ESTATE OF RICHARD H. AMIDON, No. 108-77

December 21, 1977. Appeal dismissed for failure to comply with Progress Order of October 4, 1977.

Carole C. OBUCHOWSKI v. UNIVERSITY OF VERMONT, No. 23-77

December 21, 1977. Appeal dismissed for failure to make progress and at the request of Appellant's counsel.

CENTRAL VERMONT PROFESSIONAL BUILDING v. STATE HIGHWAY BOARD, No. 1-77

December 21, 1977. Appeal dismissed for failure to comply with Progress Order of October 5, 1977.

Raymond PHELAN, Jean A. MacKimmie, and James P. MacKimmie v. TOWN OF WEATHERSFIELD, No. 213-76

December 21, 1977. Appeal dismissed for failure to comply with Progress Order of November 4, 1977.